| | |
|---|---|
| Kathryn J. Halford, SBN 68141<br>K. Arianne Jordan, SBN 221881<br>WOHLNER KAPLON PHILLIPS<br>YOUNG & CUTLER<br>15456 Ventura Boulevard, Suite 500<br>Sherman Oaks, California 91403<br>Telephone No.: (818) 501-8030<br>Facsimile No.: (818) 501-5306<br>E-Mail: kjhalford@wkpyc.com<br>E-Mail: Ajordan@wkpyc.com<br><br>Attorneys for Plaintiff | JS-6<br><br>E-FILED: 6/2/2008 |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND THE MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>YARKON ENTERTAINMENT PARTNERS, a California limited liability company,<br><br>        Defendant.<br>_____ | CASE NO.: CV-07 2379 GHK (CTx)<br><br>Hon. George H. King<br><br>**[~~PROPOSED~~] JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF PLAINTIFFS**<br><br><br><br>Trial Date: None |

Plaintiffs, the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and the Motion Picture Industry Health Plan ("Plaintiffs") and Defendant, Yarkon Entertainment Partners, a California limited liability company ("Defendant"), having agreed to the entry of judgment in this matter and having entered into a Stipulation for Entry of Judgment which has been filed with the Court, and due deliberation being had thereon,

IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiffs shall have judgment against Defendant in the sum of $20,698.41 for contributions and other damages owed for the period of April 18, 2005 to March 25, 2006, together with interest accruing at the rate of 12% per annum from December 11, 2007, until paid, in accordance with the terms of the Stipulation for Entry of Judgment, a copy of which is attached hereto as Exhibit "1", and made part hereof by this reference.

DATED:   6/2/08

_____
HONORABLE GEORGE H. KING