**United States District Court
Central District of California**


FILED
CLERK, U.S. DISTRICT COURT
DEC 21, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

The Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan,

        Plaintiffs,

v.

Yarkon Entertainment Partners,

        Defendant.

LACV 07-02379-GHK

**Renewal of Judgment**

Pursuant to the Court's Minute Order, entered under separate cover, granting Plaintiffs the Boards of Directors of the Motion Picture Industry Pension Plan, the Motion Picture Industry Individual Account Plan, and Motion Picture Industry Health Plan's ("Plaintiffs") Application for Renewal of Judgment, the Court orders as follows:

IT IS HEREBY ORDERED that the judgment entered in this case on June 2, 2008 against Defendant Yarkon Entertainment Partners, a California limited liability company, and in favor of Plaintiffs and which is set to lapse on June 2, 2018 pursuant to California Code of Civil Procedure Section 683.020, is hereby RENEWED in the amount of $24,948.89, including $20,698.41 for unpaid

1

contributions plus $4,250.48 in post-judgment interest through December 21, 2017.

**IT IS SO ORDERED.**

Dated: 12/21/17

Virginia A. Phillips
Chief United States District Judge